*Daniel A. Novok, Louis Helfenstein* and *A. Edward Masters* for appellant.

*Patrick E. Gibbons* and *Raymond J. Scully* for respondent-appellant.

Judgment affirmed, with costs to impleaded respondent Stouffers Pershing Square Inc. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Appellants.

Argued January 12, 1950; decided February 23, 1950.

*John P. McGrath, Corporation Counsel (James J. McGowan, William F. Murphy* and *Morris Handel* of counsel), for appellants.

*Philip Sheridan McNally* and *Louis W. Dawson* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.